UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALGENARD DION COWART,

    Plaintiff,

v.

    Case No. 1:21-cv-733

    Hon. Hala Y. Jarbou

UNKNOWN VERVILLE, et al.,

    Defendants.
_____/

### ORDER

On August 3, 2023, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R) recommending that the Court grant Defendant Christopher Verville's[1] motion for summary judgment (ECF No. 20). (*See* R&R, ECF No. 23). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 23) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Verville's motion for summary judgment (ECF No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Verville is **DISMISSED WITH PREJUDICE**.

---

[1] Defendant Christopher Verville is identified in the complaint as "Unknown Verville."

**IT IS FURTHER ORDERED** that the "Unknown Parties" are **DISMISSED** due to Plaintiff's failure to identify these Defendants during discovery and to timely effect service.

A judgment will issue in accordance with this order.

Dated: August 31, 2023          /s/ Hala Y. Jarbou
                                HALA Y. JARBOU
                                CHIEF UNITED STATES DISTRICT JUDGE